IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Scott, Heathcliff D

Printed: 01/29/09

Case Number: 04 B 41458
Judge: Squires, John H
Filed: 11/9/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: January 9, 2009
Confirmed: January 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 25,403.27 |  |
| Secured: |  | 15,863.96 |
| Unsecured: |  | 5,628.64 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,269.40 |
| Trustee Fee: |  | 1,342.00 |
| Other Funds: |  | 299.27 |
| Totals: | 25,403.27 | 25,403.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,269.40 | 2,269.40 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 14,742.62 | 14,742.62 |
| 4. | Balaban Furniture Ltd | Secured | 1,121.34 | 1,121.34 |
| 5. | Check N Go | Unsecured | 74.65 | 131.68 |
| 6. | Capital One Auto Finance | Unsecured | 1,135.29 | 2,002.45 |
| 7. | Loan Express Company | Unsecured | 70.90 | 125.05 |
| 8. | Americash Loans, LLC | Unsecured | 66.90 | 118.01 |
| 9. | Nationwide Acceptance Corp | Unsecured | 128.83 | 227.26 |
| 10. | United States Dept Of Education | Unsecured | 1,714.59 | 3,024.19 |
| 11. | Bank One | Unsecured | | No Claim Filed |
| 12. | Illinois Lending Corporation | Unsecured | | No Claim Filed |
| 13. | Belmont Homes | Unsecured | | No Claim Filed |
| 14. | Pay Day Loans | Unsecured | | No Claim Filed |
| 15. | First National Credit Card | Unsecured | | No Claim Filed |
|  |  |  | $ 21,324.52 | $ 23,762.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Scott, Heathcliff D

Printed: 01/29/09

Case Number:  04 B 41458
Judge:  Squires, John H
Filed:  11/9/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 97.20 |
| 4% | 67.55 |
| 3% | 43.89 |
| 5.5% | 265.49 |
| 5% | 72.40 |
| 4.8% | 150.60 |
| 5.4% | 568.03 |
| 6.6% | 76.84 |
|  | $ 1,342.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

